**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

4/15/11
# 11091668
$399.05
KJ

TEL: (716) 831-1994

April 13, 2011


FILED
APR 15 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: LAURENCE P. PAUL'S TEACHER'S PET IN      /Case # 06-04023
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $399.05. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

Claimant Kimbo Educational         Amount $    160.23 Claim Register #    11

Claimant Teaching & Learning Co.   Amount $    238.82 Claim Register #    31

JOHN H. RING, III
Trustee

JHR/pls
Enc.